# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>      v.<br><br>ANTAEUS TULANE GAY,<br><br>          Defendant. | Case No. 3:19-cr-00019-SLG-2 |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

Before the Court is Defendant's request to enter a guilty plea to Count One of the Indictment. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Scott A. Oravec by the District Court, with the written consents of Defendant, counsel for Defendant, and counsel for the United States.

Judge Oravec issued a Final Report and Recommendation at Docket 104, in which he recommended that the District Court accept the Defendant's plea of guilty to Count One of the Indictment. No objections to the Final Report and Recommendation were filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it.

Accordingly, IT IS ORDERED that the Court ACCEPTS the Defendant's plea of guilty to Count One of the Indictment.

DATED this 23rd day of March, 2020 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:19-cr-00019-SLG-DMS, *USA v. Gay*
Order re Final Report and Recommendation
Page 2 of 2